Entered: December 15, 2015

Date signed December 14, 2015


THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| In Re: | * | | |
|---|---|---|---|
| | * | Case No. | 15-23978PM |
| THEODORE V. DORSEY | * | Chapter | 13 |
| | * | | |
| | * | | |
| Debtor(s) | * | | |

## **MEMORANDUM TO COUNSEL**

Upon consideration of counsel's response to the court's Order to Justify Fee and the record herein, the court has determined to take no further action with respect to counsel's fee. However, counsel is reminded that Bankruptcy Rule 2016(b) requires a supplemental statement after any payment or agreement not previously disclosed.

cc: Counsel for Debtor - Michael Patrick Coule
      Debtor
      Trustee
      U.S. Trustee

**End of Memorandum**